1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Damien Munguia,

               Plaintiff,

v.

CU Recovery Incorporated, et al.,

               Defendants.

No. CV-14-01967-TUC-RCC

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Plaintiff's Notice of Settlement (Doc. 7) and Notice of Voluntary Dismissal (Doc. 8) and good cause appearing,

**IT IS ORDERED** that the suit is dismissed with prejudice; both parties to bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to close this case.

Dated this 28th day of May, 2014.

Raner C. Collins
Chief United States District Judge